IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOSEPH DENNY NEZPERCE V and FREDDIE GONZALES-VALENTINE,<br><br>Plaintiff,<br><br>vs.<br><br>C. HAMILTON, B. HICKS, P. BROKER, S. NEAL, C. USHER, D. BURLEIGH, P. SMITH, GALLATIN COUNTY SHERIFF'S OFFICE, AND GALLATIN COUNTY MONTANA,<br><br>Defendants. | CV 20-00018- BU-BMM-KLD<br><br>FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On April 30, 2020, Plaintiff Joseph NezPerce filed a Motion to Proceed in Forma Pauperis (Doc. 1) and a proposed Complaint (Doc. 2) seeking to bring allegations against Defendants on behalf of Plaintiff Freddie Gonzales-Valentine. Only Mr. NezPerce signed the motion to proceed in forma pauperis and the Complaint. Pro se parties may not represent any individual other than themselves, and therefore cannot represent any other plaintiffs. *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 – 65 (9th Cir. 2008).

On May 11, 2020, Mr. NezPerce filed a motion to dismiss without prejudice asking the Court to allow Mr. Gonzales-Valentine to seek private counsel or refile the complaint in Spanish. (Doc. 4.)

1

Because Mr. NezPerce cannot litigate on Mr. Gonzales-Valentine's behalf, the motion to dismiss should be granted and this matter dismissed.

Based on the foregoing, the Court issues the following:

## RECOMMENDATIONS

The Motion to Dismiss (Doc. 4) should be GRANTED and this matter DISMISSED WITHOUT PREJUDICE. The Clerk of Court should be directed to close this matter, enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and terminate all pending motions.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) hereof.[1] 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a)." Therefore, since Mr. NezPerce and Mr. Gonzales-Valentine are being served by mail, they are entitled an additional three (3) days after the period would otherwise expire.

until entry of the District Court's final judgment.

DATED this 17th day of June, 2020.

/s/ Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge